IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNI LYNN SANCHEZ, et al.,

      Plaintiffs,

vs.                                                    Civ. No. 00-950 LH/WWD ACE

ALBUQUERQUE POLICE DEPARTMENT,
et al.,

      Defendants.

## MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Defendants' Motion for Protective Order filed January 18, 2001 (Docket # 33). The motion seeks a protective order deferring city defendants' response to Plaintiffs' First Set of Interrogatories and Request for Production and any future discovery until there was a ruling on City Defendants' Motion for Stay of Discovery. The motion for stay of discovery has been ruled on.  Apparently, counsel have agreed that the responses to Plaintiffs' First Set of Interrogatories and Request for Production will be made by February 23, 2001, but were unable to agree on a form of order.   I find that such an extension is reasonable since the conditional stay order and the amended stay order were so recently entered.   The motion for the protective order sought by Defendants is denied.  Responses to the aforementioned discovery will necessarily be controlled and limited by the provisions of the stay orders.

      Discovery shall proceed in accordance with the foregoing.

      **IT IS SO ORDERED.**

                                                          UNITED STATES MAGISTRATE JUDGE